UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LINDSAY RENEE HENNING (1),<br><br>  Defendant. | Case No.  21cr2153-CAB<br><br>PRELIMINARY ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Indictment the United States sought forfeiture of all right, title, and interest in property of Defendant LINDSAY RENEE HENNING ("Defendant"), pursuant to 21 U.S.C. § 853, 18 U.S.C. §§ 981(a)(1)(C), and 28 U.S.C. § 2461 (c) as properties constituting, or derived from, any proceeds Defendant obtained directly or indirectly, as well as any properties involved in the offenses charged in Counts 1-3 in the violation of 21 U.S.C. §§ 841(a)(1) and 846 and 18 U.S.C. §§ 1343 and 1349.

WHEREAS, on or about May 02, 2022, Defendant pled guilty before Magistrate Judge Jill L. Burkhardt to Counts 1 through 4 of the Indictment, which pleas included consent to the forfeiture allegations of the Indictment, and consent to forfeiture of all property seized in connection with the case, including but not limited to entry of a forfeiture money judgment in the amount of $500,000.00 representing the proceeds Defendant personally received from the offenses set forth in Counts 1

through 3, which forfeiture shall be included and incorporated as part of the judgment in this case; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty pleas, the Court hereby finds that $500,000.00 represents the amount of proceeds the Defendant personally obtained as a result of the offenses set forth in Counts 1 through 3; and

WHEREAS, by virtue of said guilty pleas and the Court's findings, the United States is now entitled to an Order of Forfeiture in its favor against the Defendant in the form of a forfeiture money judgment representing the amount of the proceeds received by the Defendant in the amount of $500,000.00, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c), 21 U.S.C. §853(a)(1), and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement and financial addendum, the United States has established the requisite nexus between the $500,000.00 forfeiture money judgment and the offenses set forth in Counts 1 through 3; and

WHEREAS, the Defendant has agreed that the provisions for the substitution of assets as provided in 21 U.S.C § 853(p) exist and has agreed the United States may take all actions available to it to collect the forfeiture money judgment; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Based on the guilty pleas of the Defendant to Counts 1 through 3 of the Indictment, the United States is entitled to a forfeiture money judgment against Defendant in the amount of $500,000.00 pursuant to §§ 981(a)(1)(c) and 28 U.S.C. § 2461(c), and 21 U.S.C. §853(a)(1) representing the proceeds Defendant personally received from the offenses set forth in Counts 1 through 3, which forfeiture money

judgment is in favor of the United States against Defendant LINDSAY RENEE HENNING, with interest to accrue thereon in accordance with 18 U.S.C. §3612(f) and 28 U.S.C. §1961; and

    2.    This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture money judgment and collecting and enforcing it; and

    3.    Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

    4.    Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

    5.    The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $500,000.00 to satisfy the forfeiture money judgment in whole or in part; and

    6.    The United States may take any and all actions available to it to collect and enforce the forfeiture money judgment.

    7.    This order shall be incorporated and included as part of the judgment in this case when Defendant is sentenced.

IT IS SO ORDERED.

DATED: 11/4/2022

Honorable Cathy Ann Bencivengo
United States District Judge